FILED IN
COURT OF CRIMINAL APPEALS

December 23, 2016

ABEL ACOSTA, CLERK

PD-1467&1468-16

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2016

Abel Acosta, Clerk

NO. _____

(Ct of App. Nos. 02-15-00271-CR & 02-15-00272-CR)

| | | |
|---|---|---|
| STEWART LE RICHARDSON | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Allen Lee Polk, Appellant in the above styled and numbered cause, and moves for an extension of time of 60 days to file a petition for discretionary review, and for good cause shows the following:

1. On November 23, 2016, the Court of Appeals affirmed appellant's conviction. *Stewart Le Richardson*, 02-15-00271-CR & 02-15-00272-CR. This petition is therefore due on December 23, 2016.

2. Appointed counsel has declined to file a petition for discretionary review for the following reason: After careful review, counsel has decided that the decision of the Court of Appeals does not present an issue upon which the Court of Criminal Appeals will grant review.

3. Appellant is currently incarcerated.

---

MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW                    PAGE 1

4.    Appellant would like to review the record and perhaps file his own Petition for Discretionary Review, *pro se.*

**WHEREFORE, PREMISES CONSIDERED,** appellant respectfully requests an extension of 60 days, i.e. until February 21, 2017, to file a petition for discretionary review.

Respectfully submitted,

By: _____
Stewart Le Richardson
TDCJ # 02010202
Wynne Unit
810 FM 2821
Huntsville, TX 77349

Appellant

## CERTIFICATE OF SERVICE

This is to certify that on ___12/18/___, 2016, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Tarrant County, 401 West Belknap Street, Fort Worth, TX 76196, by United States Postal Service.

_____
Stewart Le Richardson
Appellant